Edward A. Garmatz US District Courthouse
101 W. Lombard St.
Baltimore, Md. 21201

Nancy Snead

Plaintiff

v.

TSA Agents

Defendant

Case No: JRR 2 6 CV 0 3 4 2 2

USDC-BALTIMORE
'26 AUG 28 PM2:40

## COMPLAINT

On **July 31, 2026** traveling in BWI airport Plaintiff encounter **TSA Agents, after** luggage was **intercepted** that contained a **Locked metal carrier,** contents which was **confiscated** by Agents. Plaintiff was detained for **4 hours missed schedule flight**. Plaintiff was given a Criminal Citation, when Plaintiff was in **LEGAL** possession of **her PROPERTY** and provided supporting **DOCUMENTATION.**

Plaintiff's property **confiscated, stolen by TSA Agents and has NOT been RETURNED.** Told by Agent, property will be sent for processing? My property should have been **CHECKED** with Luggage for PICK UP in BAGGAGE CLAIMS at terminal on **ARRIVAL** at my destination. **NOT RETAINED by TSA Agent.**

**Plaintiff is DEMANDING the RETURN of HER Property or FULL Compensation for REPLACEMENT for Her Property, Immediately.**

**Wherefore,** Plaintiff request this Court Order Immediately the **RETURN** of Property OR Full Compensation for **REPLACEMENT** at COST!

### Certificate of Service

**I,** Certify a copy of this Complaint was mailed postage prepaid to: David P. Cummins Administrator at: 6595 Springfield, VA 20598 6011.

Respectfully,

Nancy Snead

Nancy Snead, D. Min.
2644 Lafayette
Balt MD 21216

HD

Rcv'd by: aK